ANDREW HYOBIN KIM
JUNE KIM
PAUL KIM
ANDREW CHAN KIM
2603 Barclay Way,
Belmont, CA 94002
T: 650.339.2005
chan.a.kim@gmail.com

*Pro Se Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF BELMONT, PENINSULA HUMANE SOCIETY, Belmont Police Sergeant MICHAEL SUPANICH, In his Individual and Official Capacities, Belmont Police Corporal CLYDE HUSSEY, In his Individual and Official Capacities, Belmont Police Officer KENNETH STENQUIST, Individually, Peninsula Humane Society Officer BRIAN SCHENCK, Individually, Belmont Police Officer TODD FEINBERG, Individually, Belmont Police Officer ROBERT MCGRIFF, Individually, Belmont Police Officer RYAN COLLINS, Individually, and DOES 1-50, Jointly and Severally,<br><br>Defendant(s). | Case No.: 17-cv-02563-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT PURSUANT TO RULE 15** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, on September 11, 2018 Plaintiff Chan Kim attempted to meet and confer with Opposing Counsel for the City of Belmont Defendants, Ms. Parry Black, and Peninsula Humane Society ("PHS") Defendants, Ms. Lynette Komar, to stipulate to extending the time for

Plaintiffs to file their Third Amended Complaint ("TAC"), which was ordered to be filed on or before September 13, 2018, pending the resolution of Plaintiffs' Motion for Leave to file a Motion for Reconsideration which Plaintiffs filed on September 10, 2018.

WHEREAS, Counsel for the City of Belmont Defendants agreed to stipulate to extend the time but Plaintiffs did not hear back from Counsel for the PHS Defendants before September 13, 2018, thus Plaintiffs filed their TAC in accordance with the Court's Order, Dkt. 70.

WHEREAS, on September 14, 2018 the Court granted Plaintiffs leave to file a Motion for Reconsideration on or before September 21, 2018. Dkt. 74.

WHEREAS, Plaintiff Chan Kim again met and conferred with Counsel for the City of Belmont Defendants on September 18, 2018 to stipulate to allowing Plaintiffs to amend their complaint to allege Andrew's First Amendment claim pursuant to Rule 15 which provides that a party may amend its pleadings with the opposing party's consent, Ms. Black agreed to stipulate to allow Plaintiffs to amend their complaint to allege Andrew's First Amendment claim on September 20, 2018.

WHEREAS, on September 19, 2018 Mr. Brandon Gnekow informed Plaintiff Chan Kim that he was taking over for Ms. Komar in her representation of the PHS Defendants, and on September 20, 2018, Mr. Gnekow and Chan Kim discussed allowing Plaintiffs to amend the complaint in order to resolve a few issues related to claims alleged against the PHS Defendants to avoid another Motion to Dismiss.

THEREFORE, based on the foregoing circumstances, and in the interest of judicial economy, Plaintiffs, having met and conferred with Counsel for the City of Belmont and PHS Defendants, hereby stipulate and respectfully request that the Court allow Plaintiffs to file a Fourth Amended Complaint on or before **October 3, 2018** in lieu of Plaintiffs' Motion for Reconsideration ordered to be filed on or before September 21, 2018; this stipulation is made without prejudice to the City of Belmont and PHS Defendants' right to file a Motion to Dismiss if they deem it necessary.

//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 21, 2018 | Respectfully submitted, |
| 2 | | By: */s/ Andrew Kim, June Kim, Paul Kim, Chan Kim* |
| 3 | | Andrew Hyobin Kim |
| | | June Kim |
| 4 | | Paul Kim |
| | | Andrew Chan Kim |
| 5 | | Pro Se Plaintiffs |
| 6 | Dated: September 21, 2018 | By: */s/ Parry Black*[*] |
| 7 | | Gregory M. Fox |
| | | Parry Black |
| 8 | | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | | Attorneys for City of Belmont Defendants |
| 10 | Dated: September 21, 2018 | By: */s/ Brandon Gnekow*[*] |
| | | Christopher M. Egan |
| 11 | | Brandon Gnekow |
| | | Porter Scott |
| 12 | | Attorneys for PHS Defendants |

---

[*] Pursuant to Rule 5-1(i) of the Civil Local Rules, the filer of this document hereby attests the concurrence in the filing of this document was obtained from each of the other Signatories.

Stipulation and [Proposed] Order
Case No. 17-cv-02563-JST

3

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and good cause appearing therefore, it is hereby Ordered that:

The briefing schedule for Plaintiffs Motion for Reconsideration is vacated. Plaintiffs shall file their Fourth Amended Complaint no later than October 3, 2018.

**IT IS SO ORDERED**.

Dated: September 46, 2018

JON S. TIGAR
United States District Judge