Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
pblack@bfesf.com

Attorneys for Defendants
CITY OF BELMONT, POLICE OFFICERS
MICHAEL SUPANICH, CLYDE HUSSEY,
KENNETH STENQUIST, TODD FEINBERG,
ROBERT MCGRIFF, and RYAN COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT; PENINSULA HUMANE SOCIETY; Belmont Police Sergeant MICHAEL SUPANICH, in his Individual and Official Capacities; Belmont Police Corporal CLYDE HUSSEY, in his Individual and Official Capacities; Belmont Police Officer KENNETH STENQUIST, Individually; Peninsula Humane Society Officer BRIAN SCHENCK, Individually; Belmont Police Officer TODD FEINBERG, Individually; Belmont Police Officer ROBERT MCGRIFF, Individually; Belmont Police Officer RYAN COLLINS, Individually; and DOES 1-50, Jointly and Severally,<br><br>Defendants. | Case No. 3:17-cv-02563-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CITY DEFENDANTS TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Jon S. Tigar** |

STIPULATION RE CITY DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT
*Kim, et al. v. City of Belmont, et al.* USDC Northern District Case No.: 3:17-cv-02563-JST

Defendants CITY OF BELMONT, KENNETH STENQUIST, TODD FEINBERG, ROBERT MCGRIFF, MICHAEL SUPANICH, CLYDE HUSSEY, and RYAN COLLINS, ("Defendants" or "City Defendants") acting by and through their attorneys of record, and Plaintiffs ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM, ("Plaintiffs"), in pro per, submit this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CITY DEFENDANTS TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT.

Following the filing of Plaintiffs' operative Fourth Amended Complaint on October 3, 2018, the parties have engaged in meet and confer efforts regarding its allegations in an effort to avoid additional motion to dismiss briefing. The parties respectfully request that this Court grant a 30-day extension of time for Defendants' to respond to the Fourth Amended Complaint to allow these meet and confer efforts to continue. Defendants' responsive pleading would therefore be due on November 16, 2018.

Respectfully submitted,

DATED: October 17, 2018      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     */s/ Parry A. Black*
       Gregory M. Fox
       Attorney for the Defendants
       CITY OF BELMONT, POLICE OFFICERS
       MICHAEL SUPANICH, CLYDE HUSSEY,
       KENNETH STENQUIST, TODD FEINBERG,
       ROBERT MCGRIFF, and RYAN COLLINS

DATED: October 17, 2018

By:     */s/ Andrew Chan Kim*
       Andrew Chan Kim
       In Pro Per and on behalf of Plaintiffs
       ANDREW HYOBIN KIM, JUNE KIM, PAUL
       KIM, ANDREW CHAN KIM

1

STIPULATION RE CITY DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT
*Kim, et al. v. City of Belmont, et al.* USDC Northern District Case No.: 3:17-cv-02563-JST

| | |
|---|---|
| 1 | **ELECTRONIC CASE FILING ATTESTATION** |
| 2 | I, Parry A. Black, am the ECF user whose identification and password are being used to file the |
| 3 | foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing |
| 4 | of these documents has been obtained from each of its Signatories. |

Dated: October 17, 2018

*/s/ Parry A. Black*
Parry A. Black

# [PROPOSED] ORDER

Pursuant to the stipulation above it is so ordered. The deadline for defendants CITY OF BELMONT, KENNETH STENQUIST, TODD FEINBERG, ROBERT MCGRIFF, MICHAEL SUPANICH, CLYDE HUSSEY, and RYAN COLLINS to file a responsive pleading to Plaintiffs' Fourth Amended Complaint is reset from October 17, 2018, to November 16, 2018.

Dated: October 18, 2018

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE