Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
pblack@bfesf.com

Attorneys for Defendants
CITY OF BELMONT, POLICE OFFICERS
MICHAEL SUPANICH, CLYDE HUSSEY,
KENNETH STENQUIST, TODD FEINBERG,
ROBERT MCGRIFF, and RYAN COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT; PENINSULA HUMANE SOCIETY; Belmont Police Sergeant MICHAEL SUPANICH, in his Individual and Official Capacities; Belmont Police Corporal CLYDE HUSSEY, in his Individual and Official Capacities; Belmont Police Officer KENNETH STENQUIST, Individually; Peninsula Humane Society Officer BRIAN SCHENCK, Individually; Belmont Police Officer TODD FEINBERG, Individually; Belmont Police Officer ROBERT MCGRIFF, Individually; Belmont Police Officer RYAN COLLINS, Individually; and DOES 1-50, Jointly and Severally,<br><br>Defendants. | Case No. 3:17-cv-02563-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINE TO ALLOW TIME FOR MANDATORY SETTLEMENT CONFERENCE**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Jon S. Tigar** |

Defendants CITY OF BELMONT, KENNETH STENQUIST, TODD FEINBERG, ROBERT MCGRIFF, MICHAEL SUPANICH, CLYDE HUSSEY, and RYAN COLLINS, ("City Defendants"), Defendants PENNINSULA HUMANE SOCIETY and BRIAN SCHENCK ("PHS Defendants"), and Plaintiffs ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM, ("Plaintiffs") submit this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINE TO ALLOW TIME FOR MANDATORY SETTLEMENT CONFERENCE.

The initial Case Management Conference in this matter is set for November 28, 2018. The parties have been engaged in meet and confer efforts regarding the allegations of the operative Fourth Amended Complaint against the City Defendants. Further meet and confer efforts have occurred regarding the setting of a Mandatory Settlement Conference in this matter. Therefore, in order to facilitate a potential resolution of this case, the parties respectfully request the following:

- That the City Defendants' deadline to respond to the Fourth Amended Complaint be continued to January 15, 2019.
- That the Case Management Conference set for November 28, 2018 be continued by 90 days to February 27, 2019.
- That the case be assigned to Magistrate Judge Sallie Kim for a Mandatory Settlement Conference.

Respectfully submitted,

DATED: November 19, 2018          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: ___*/s/ Parry A. Black*___
    Gregory M. Fox
    Attorney for the Defendants
    CITY OF BELMONT, POLICE OFFICERS
    MICHAEL SUPANICH, CLYDE HUSSEY,
    KENNETH STENQUIST, TODD FEINBERG,
    ROBERT MCGRIFF, and RYAN COLLINS

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINE
*Kim, et al. v. City of Belmont, et al.* USDC Northern District Case No.: 3:17-cv-02563-JST

| | | |
|---|---|---|
| DATED: November 19, 2018 | | LAW OFFICES OF PANOS LAGOS |

By:    */s/ Panos Lagos*
     Panos Lagos
     Attorney for Plaintiffs
     ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, ANDREW CHAN KIM

DATED: November 19, 2018      PORTER SCOTT

By:    */s/ Christopher M. Egan*
     Christopher M. Egan
     Attorney for Defendant
     PENNINSULA HUMANE SOCIETY and BRIAN SCHENCK

### ELECTRONIC CASE FILING ATTESTATION

I, Parry A. Black, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: November 19, 2018        */s/ Parry A. Black*
     Parry A. Black

### [PROPOSED] ORDER

Pursuant to the stipulation above it is so ordered. The City Defendants are to file their responsive pleading to the Fourth Amended Complaint by January 15, 2019. The Case Management Conference set for November 28, 2018, is hereby continued to February 27, 2019. The Court will refer the matter to Magistrate Judge Sallie Kim for a Mandatory Settlement Conference by separate order.

Dated: November 19, 2018                                          
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINE
*Kim, et al. v. City of Belmont, et al.* USDC Northern District Case No.: 3:17-cv-02563-JST