**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

Attorney for Plaintiffs,
ANDREW HYOBIN KIM, JUNE KIM,
PAUL KIM, and ANDREW CHAN KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HYOBIN KIM, JUNE KIM, PAUL KIM, and ANDREW CHAN KIM,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT, et al.,<br><br>　　　　Defendants, | Case No.: 3:17-cv-02563-JST<br><br>STIPULATION [AND ORDER] DISMISSING OF ALL CLAIMS OF ALL PLAINTIFFS AS TO DEFENDANTS CITY OF BELMONT AND PENINSULA HUMANE SOCIETY |

　　　　Plaintiffs report that all settlement funds payable by Defendants City of Belmont and Peninsula Humane Society have been received. Accordingly, and pursuant to this Court's January 23, 2019 Order [Dkt. 99],

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants City of Belmont and Peninsula Humane Society be dismissed with prejudice, each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: 2/4/19　　　　　　　　　　LAW OFFICES OF PANOS LAGOS


　　　　　　　　　　　　　　　　　*/s/Panos Lagos*
　　　　　　　　　　　　　　　　　Panos Lagos, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　ANDREW HYOBIN KIM, JUNE KIM,
　　　　　　　　　　　　　　　　　PAUL KIM, and ANDREW CHAN KIM

///

Dated: 2/4/19    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/Gregory M. Fox (as authorized 2/4/19)*
Gregory M. Fox
Attorney for the Defendants
CITY OF BELMONT, POLICE OFFICERS MICHAEL SUPANICH, CLYDE HUSSEY, KENNETH STENQUIST, TODD FEINBERG, ROBERT MCGRIFF, and RYAN COLLINS

Dated: 2/7/19    PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/Christopher M. Egan (as authorized 2/7/19)*
Christopher M. Egan
Attorneys for Defendants,
PENINSULA HUMANE SOCIETY and OFFICER BRIAN SCHENCK

## ORDER

Pursuant to the Stipulation of the parties,

IT IS ORDERED that Defendants City of Belmont and Peninsula Humane Society are hereby dismissed with prejudice, each side to bear their own fees and costs.

Dated: February 8, 2019

HON. JON S. TIGAR
United States District Judge